UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE DETZLER,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRECTOR OF IRS,<br><br>    Defendant. | Case No. 24-cv-07498-PJH<br><br>**ORDER OF DISMISSAL** |

This case was opened when plaintiff, a Florida state prisoner proceeding pro se, wrote a letter to the court regarding obtaining his economic impact payment pursuant to the Coronavirus Aid, Relief, and Economic Security Act.  In an effort to protect his rights, it was filed as a new case.  Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so.  He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application.  A copy of the court's form for applications to proceed IFP was provided with the notice.  Twenty-eight days has passed and plaintiff has not submitted any filing or otherwise communicated with the court.  This case is therefore **DISMISSED** without prejudice.  No fee is due.

**IT IS SO ORDERED.**

Dated: December 6, 2024

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Phyllis J. Hamilton
　　　　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge